AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

KETANKUMAR CHAUDHARI,

        Plaintiff,

        v.

U.S. CITIZENSHIP AND IMMIGRATION
SERVICES,

        Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:

    4:25-cv-162

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of this Court dated June 12, 2026, this case is dismissed without prejudice for Plaintiff's failure to respond to Defendant's Motion and failure to comply with the Court's Order directing him to file a response. This case stands closed.

| | | |
|---|---|---|
| 6/12/2026 |  | John E. Triplett, Clerk of Court |
| *Date* | | *Clerk* |
| | | *(By) Deputy Clerk* |

GAS Rev 10/2020